UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **21-3068, 21-3205 & 21-3243**


PJM POWER PROVISERS GROUP,
                                        Petitioner in 21-3068
                                        v.


FEDERAL ENERGY REGULATORY COMMISSION


ELECTRIC POWER SUPPLY ASSOCIATION,
                                                    Petitioner in 21-3205


PENNSYLVANIA PUBLIC UTILITY COMMISSION;
PUBLIC UTILITIES COMMISSION OF OHIO,
                                                    Petitioners in 21-3243


(Agency No. ER21-2582-000)


Present:  JORDAN, PHIPPS and ROTH, Circuit Judges


        Motion by Respondent FERC to Correct the Opinion dated December 1, 2023.


                                        Respectfully,
                                        Clerk/kr


_____ORDER_____
The foregoing motion is **GRANTED**.  The clerk is directed to amend the opinion to
include the correct address of counsel Jared B. Fish.  As the change to the opinion is
clerical in nature, the judgment is not affected and remains as originally filed.


                                        By the Court,

                                        s/ Jane R. Roth
                                        Circuit Judge


Dated: January 4, 2024
kr/cc: All Counsel of Record